UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- AGAINST -<br><br>OUMAR ISSA, HAROUNA TOURE AND IDRISS ABDELRAHMAN,<br><br>DEFENDANTS. | **DEFENDANT ABDELRAHMAN'S PROPOSED <u>VOIR DIRE</u>**<br><br>09 Cr. 1244 (RJH) |

Defendant Idriss Abdelrahman hereby respectfully requests that all prospective jurors in the above-captioned case be asked the following questions in addition to the Court's standard background questions, including but not limited to the prospective juror's name, neighborhood of residence, occupation and employer, age, marital status, spouse's occupation and employer, children, sources relied on for news, knowledge of the attorneys or parties, relatives in law enforcement or employed by the courts, prior jury service, status as a victim of a crime, military service, membership in organizations, and hobbies.

1. Have you ever been to Africa?  Do you know anyone from Africa? If so, were they from Ghana, Mali, Togo or somewhere else?

2. Have you ever heard of the Songhai people or the Songhai language of West Africa?  How about Zarma or Koraboro (alternative words for Songhai)?

3. Do you have a cell phone and if so when did you first get it?

4. Do you use the internet and if so when did you first start using it? What kinds of things do you do on the internet?

5. Where were you on September 11, 2001? Were you personally affected by the events that day? Was anyone you know affected by the events of 9/11? Did you participate in any of the recent commemorations of the tenth anniversary of 9/11?

6. How closely would you say you follow the news about Al Qaeda? Where do you get news about Al Qaeda?

7. Were you born in the United States? Were you raised here? If not, where were you born and raised?

8. Would 9/11 affect your ability to be fair if Al Qaeda is discussed in this case?

9. Do you have any opinions about Muslims or the Muslim religion? Do you think you can be fair to a person who happens to be Muslim?

10. Do you feel that Muslims generally favor or support Al Qaeda?

11. Have you ever reported a tip about possible terrorist activity in response to the City's campaign "if you see something, say something"? Do you know anybody who has?

12. Do you think you would be able to follow the Court's instruction that any connection to terrorism has to be proved beyond a reasonable doubt, even if Al Qaeda was involved?

13. Have you ever been to Colombia? Do you know anyone from Colombia?

14. Have you ever heard of the FARC? What is your opinion of the FARC?

15. In this case, the government will be required to prove both that the defendants agreed to engage in drug distribution and that they did so knowing and intending to provide something of value to terrorists. The lawyers believe the defendants may admit they agreed to engage in drug distribution but firmly deny they had any idea it was to provide something of value to terrorists. Do you think you can separate those two concepts -- drugs and terrorism? In other words, just because a person

admits to agreeing to enter a drug deal, are you going to believe that person also intended to assist terrorists?

16. Do you speak any foreign languages?  Have you ever attended meetings in a foreign language?  Did you understand everything that was happening in that meeting?

17. Do you speak Arabic? French? Songhai? Or Spanish?

18.

Dated:      New York, New York
            September 2, 2011

<u>*Zachary Margulis-Ohnuma*</u>
Zachary Margulis-Ohnuma (ZM-___)
260 Madison Avenue, 17th Floor
New York, New York 10016
(212) 685-0999
*Counsel for Def. Idriss Abdelrahman*

3